HORACE B. CLAFLIN et al., Appellants, *v.* MARY WOOD CURRIE et al., Respondents.

(Argued February 24, 1880; decided March 2, 1880.)

*Samuel Hand* for appellants.

*A. Blumenstiel* for respondents.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

VICTOR W. MAC FARLANE, Appellant, *v.* AUGUSTIN H. MOJARRIETA et al., Respondents.

(Argued February 24, 1880; decided March 2, 1880.)

*Samuel Hand* for appellant.

*James L. Bishop* for respondents.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.